UNITED STATES DISTRICT COURT    SOUTHERN DISTRICT OF TEXAS

United States District Court
Southern District of Texas

**ENTERED**
November 01, 2019
David J. Bradley, Clerk

| | | |
|---|---|---|
| Pete Vardas, Jr., | § | |
|     Petitioner, | § | |
| | § | |
| v. | § | Civil Action H-19-3570 |
| | § | |
| Lorie Davis, | § | |
| Director, Texas Department | § | |
| of Criminal Justice, Correctional | § | |
| Institutions Division, | § | |
|     Respondent. | § | |

## Order of Adoption

On October 7, 2019, Magistrate Judge Peter Bray filed a memorandum and recommendation (6) recommending that the court deny Pete Vardas, Jr.'s petition for writ of habeas corpus. Vardas filed objections. The court denies Vardas's objections and adopts the memorandum and recommendation as its memorandum and opinion. The court will issue a separate final judgment.

Signed Nov. 1, 2019, at Houston, Texas.

_____
Lynn N. Hughes
United States District Judge